IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERMINIO MENDEZ GONZALEZ, | § § § § | |
| Petitioner, | | |
| v. | § § § | 1:26-CV-745-RP |
| CHARLOTTE COLLINS, *Warden, T. Don Hutto Detention Center*, et al., | § § § | |
| Respondents. | § § | |

## **ORDER**

Before the Court is Petitioner Herminio Mendez Gonzalez's ("Petitioner") Motion for Order Requiring Respondents to Facilitate and Effect the Return of Petitioner to the United States. (Mot., Dkt. 7). The Court will set an expedited briefing schedule on this motion.

Accordingly, **IT IS ORDERED** that Federal Respondents shall respond to Petitioner's Motion, (Dkt. 7), on or before **April 7, 2026**, and Petitioner shall file a reply on or before **April 10, 2026**.

**SIGNED** on April 2, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE