IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERMINIO MENDEZ GONZALEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-745-RP |
| | § | |
| CHARLOTTE COLLINS, *Warden, T. Don Hutto Detention Center*, et al., | § | |
| | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

On this date, the Court entered an order denying Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on May 8, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE